UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. RAINER, DR. GAGE, SUPERINTENDENT HOLBROOK, ASSOCIATE SUPERINTENDENT BOWMAN, C/O GALLOWAY, SGT. FLOREZ, DR. VARNEL, DR. SMITH, DR. REYES, P.A. PHILIPS, P.A. AMBROSE, and HEALTH SERVICES COORDINATOR CHAPELLA,<br><br>    Defendants. | NO. 4:17-cv-05213-SAB<br><br>**ORDER DENYING LEAVE TO PROCEED** *IN FORMA PAUPERIS* **AND DISMISSING ACTION** |

By Order filed March 7, 2018, the Court directed Plaintiff to show cause why his application to proceed *in forma pauperis* should not be denied. ECF No. 14. In the alternative, Plaintiff was instructed that he could pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914. He did not do so.

Plaintiff, a *pro se* prisoner currently housed at the Monroe Correctional Complex-Intensive Management Unit in the Western District of Washington, has brought at least three other cases which were dismissed for failure to state a claim. *See* ECF No. 14 at 2. Consequently, he lost the privilege of filing additional suits

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 1

*in forma pauperis* unless he could demonstrate that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g); *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff did not make this showing.

Therefore, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis,* ECF No. 2, is **DENIED.** Because Plaintiff did not pay the $400.00 fee as instructed in the Court's prior Order, **IT IS FURTHER ORDERED** this action is **DISMISSED** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 21st day of May 2018.



Stanley A. Bastian
United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 2